UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUGUSTUS B. GAINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01552-JPH-MJD |
| | ) |
| T-MOBILE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| 1,000 MILES AWAY DIGITAL SCIENTORS WITH THE DIGITAL MANIPULATION As Third Parties, | ) |
| | ) |
| Third Party Defendant. | ) |

**ORDER DISMISSING CASE**

On September 27, 2024, the Court screened Plaintiff Augustus Gaines, Jr.'s complaint and dismissed it for failure to state a plausible claim. Dkt. 17. The Court gave Mr. Gaines through October 25, 2024, to file an amended complaint. *Id.* Mr. Gaines has filed an amended complaint, dkt. [25], but the amended complaint also does not state a plausible claim. It alleges violations of various statutes and the Constitution, and various harms relating to past incarceration and institutionalization, as well as being "inserted into the digital matrix," undergoing medical experiments and other medical procedures, suffering religious persecution and discrimination, and many other claims. Dkts. 25, 25-1. However, it does not identify how the defendants are responsible for the harms alleged, or otherwise "state a claim to relief that is

1

plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Mr. Gaines' claims are therefore **DISMISSED with prejudice**. *See Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011). His motions for leave to proceed *in forma pauperis*, dkt. [2], for injunctive relief, dkt. [3], to request action to have defendant pay attorney fees, dkt. [4], for release of all financials from bank defendants holding monies, dkt. [5], to consolidate cases, dkt. [6], for extension of time of appeal rules, dkt. [14], for another examination under Rule 1, dkt. [15], for initial brief to address S.D. of IN, dkt. [16], for preliminary injunction, dkt. [19], to request mediator for claim resolve in technical assistance, dkt. [18], for revocation, dkt. [20], to discredit, dkt. [21], for on record designation to prevent moot, dismiss, dkt. [22], and for superseding cause of extraordinary remedy, dkt. [23], are **DENIED**.

His motion for belated request to seal case, dkt. [24], remains pending. Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 11/22/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

AUGUSTUS B. GAINES
5361 Kessler Blvd. N Drive
Indianapolis, IN 46228